THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

M.R., on behalf of himself and all others similarly situated,

        Plaintiff

v.

NICK LYON, in his official capacity
Only as Executive Director of the
MICHIGAN DEPARTMENT OF
HEALTH AND HUMAN SERVICES,

        Defendant.
_____/

No. 2:17-cv-11184-DPH-RSW

HON. DENISE PAGE HOOD
MAG. R. STEVEN WHALEN

## INDEX OF EXHIBITS

| Exhibit | Description |
| --- | --- |
| A. | Class Action Settlement Agreement and Release |
| B. | Summary of Billable Time and Rates |

DETROIT 74785-1 1464273v1