# Exhibit B

Billed and Unbilled Time & Fee Summary - [074785-00001]

| Initials | Timekeeper | Rate per hour | Hours | Percent | Fee | Percent |
|---|---|---|---|---|---|---|
| 1389 | M. Reid Estes jr. | $ 524.49 | 21.40 | 2.39 | $ 11,224.00 | 4.11 |
| 1395 | Martin D. Holmes | $ 473.17 | 27.00 | 3.01 | $ 12,775.50 | 4.68 |
| 1903 | Aaron V. Burrell | $ 317.86 | 469.80 | 52.42 | $ 149,332.00 | 54.73 |
| 2307 | Randall L. Tatem | $ 260.74 | 338.60 | 37.78 | $ 88,288.00 | 32.36 |
| 2941 | John M. Traylor | $ 250.00 | 29.80 | 3.32 | $ 7,450.00 | 2.73 |
| 3165 | Robert P. Young | $ 625.00 | 3.80 | 0.42 | $ 2,375.00 | 0.87 |
| 2983 | Sharae' L. Smiley | $ 240.00 | 5.90 | 0.66 | $ 1,416.00 | 0.52 |
| | **Grand Total Work:** | | 896.30 | | $ 272,860.50 | |
| | **Grand Total Bill:** | $ 2,691.26 | 896.30 | 100.00 | $ 272,860.50 | 100.00 |

| | From | To |
|---|---|---|
| Worked Date: | 1/1/2015 | 6/6/2018 |